IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Criminal Action: | 13-cr-00016-RBJ | Date: March 11, 2014 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Kara Spitler |
| Interpreter: | N/A | Probation: Gary Kruck |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA | *Kevin F. Sweeney* |
| | *Kenneth M. Harmon* |
| **Plaintiff** | |
| v. | |
| 1.  NIKITIS A. MANGERIS | *Scott T. Varholak* |
| **Defendant(s)** | |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**   1:00 p.m.

Appearances of counsel.

Defendant present in custody.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   [34] Defendant's Motion for Downward Departure and Variance Motion is GRANTED.

Defendant shall be **imprisoned** for **4 months** as to Count One of the Indictment.

Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **3 years.**

      Defendant is to pay a fine of **$1200.**

      Defendant shall pay **restitution t**o the Internal Revenue Service in the amount of **$891,955.28.**

**ORDERED:**  **Conditions** of Supervised Release that:
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) The Court waives the mandatory drug testing provisions of 18 U.S.C. § 3583(d), because the presentence report indicates a low risk of future substance abuse by the defendant.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:**  **Special Condition** of Supervised Release that:
- (**X**) The defendant shall serve a term of **twenty-four (24) months home detention.**
- (**X**) The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.
- (**X**) As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.
- (**X**) Any employment for the defendant shall be approved in advance by the supervising probation officer. The defendant shall permit contact between the probation officer and the defendant's employer(s), including, but not limited to, full-time, part-time, temporary, and contract employers.
- (**X**) The defendant shall comply with all legal obligations associated with the Colorado Department of Revenue and the Internal Revenue Service regarding federal and state income taxes. This includes resolution of any tax arrearages as well as continued compliance with federal and state laws regarding the filing of taxes.
- (**X**) The defendant will participate in financial counseling or credit counseling, however denominated, that is either consistent or identical with that required for debtors seeking bankruptcy protection in one of the programs or similar to one of the programs authorized by the United States Trustee's Office, and shall pay for the cost of such counseling.

**ORDERED:**  Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

      Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

      Defendant shall voluntarily surrender and report to the institution designated by the Bureau of Prisons within 15 days from the date of designation

Court RECOMMENDS that the Bureau of Prisons place the defendant in a facility in Colorado.

Court RECOMMENDS that the defendant receive credit for all time spent in federal custody.

**Court in recess:**  2:03 p.m.          Hearing concluded.          Total time:     01:03